JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI STEWART, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC,<br><br>Defendant. | Case No: 5:22-cv-00714-MWF-AFM<br><br>**ORDER**<br><br>HON. MICHAEL W. FITZGERALD |

Pursuant to Plaintiff Giovanni Stewart ("Plaintiff") and Defendant I.Q. Data International, Inc.'s ("Defendant") stipulation, and for good cause shown, Plaintiff's claims against I.Q. Data International, Inc. are dismissed with prejudice and the putative class's claims are dismissed without prejudice. Plaintiff and I.Q. Data International, Inc. will each bear their own attorney's fees and costs.

Date: October 12, 2022        By: _____
                                  Judge Michael W. Fitzgerald